CRAIG CARPENITO
United States Attorney
DANIEL W. MEYLER
Assistant U.S. Attorney
970 Broad Street, Suite 700
Newark, NJ 07102
Tel. (973) 645-2710
Fax. (973) 297-2010
email: daniel.meyler@usdoj.gov

**UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY**

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.* AC LITIGATION PARTNERSHIP 2014, LLP,<br><br>*Plaintiffs,*<br><br>v.<br><br>ASCEND REHAB LLC et al.,<br><br>*Defendants.* | Hon. Anne E. Thompson<br><br>*Civil Action No.* 14-8053 (AET) (TJB)<br><br>**UNITED STATES' NOTICE OF ELECTION TO DECLINE INTERVENTION; APPLICATION FOR ORDER RESTORING MATTER AND UNSEALING CERTAIN DOCUMENTS** |

**FILED IN CAMERA AND UNDER SEAL**

Pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(4)(B), the United States notifies the Court of its election to decline to intervene in the above-captioned action.

Given the declination by the United States, the United States respectfully requests that the Court issue an Order restoring this matter to the Court's active docket, unsealing certain documents, and providing for all other documents to remain sealed. Specifically, the United States requests that: (i) Relator's Complaint and any amended complaints, this Notice, and the attached proposed Order be

unsealed; and (ii) all other papers on file in this action remain under seal, because these papers are provided by law to the Court alone for the sole purpose of evaluating whether the seal and the time for making an election to intervene should be extended. The United States is filing with this Notice a proposed Order to this effect.

Dated:   May 28, 2020
         Newark, New Jersey

                                    Respectfully submitted,

                                    CRAIG CARPENITO
                                    United States Attorney

                            By:     */s/ Daniel W. Meyler*
                                    DANIEL W. MEYLER
                                    Assistant U.S. Attorney

                                    *Attorneys for United States of America*